■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY C. McKENDALL, Petitioner, v. J. EDWIN LA VALLEE, as Warden of Auburn Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c]) thereof, and as otherwise insufficient on its face. Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ JUSTINE ROACH, Respondent, v. COUNTY OF ALBANY, Appellant.— Motion for reargument granted, without costs. Case set down for first week of term to commence November 11, 1968. Argument should be directed to defendant-appellant's contention that the result of this court's affirmance of Special Term's order was not "consistent with the basic relief sought by the plaintiff in the action and particularly so when during the course of the proceeding the plaintiff in an affidavit admits the existence of the tax lien and offered to pay the same, together with penalties and interest." Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANONYMOUS, Appellant, v. SARATOGA COUNTY DEPARTMENT OF PUBLIC WELFARE et al., Respondents. — Motion to amend order entered July 12, 1968, granted, without costs. Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ JULES BONNEFIN et al., Respondents, v. ELMER A. PERKINS, Appellant. — Motion for stay denied, with $10 costs. (See CPLR 5519, subd. [b], subd. [a], par. 2.) Cross motion to dismiss appeal denied, without costs, subject to renewal upon the argument and without prejudice to a motion by plaintiffs at Special Term to vacate the order entered August 28, 1968, or to a motion by defendant to vacate the order entered June 27, 1968. Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN WRIGHT, Petitioner, v. KENNETH GOODSPEED, as Sheriff of Essex County, Respondent.— Motion for leave to renew granted, without costs, and upon renewal, application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.